**Mrs. Catherine T. PENDERGRAFT,
Petitioner-Appellee,**

v.

**Tom D. COOK, Superintendent, Mississippi State Penitentiary, Respondent-Appellant.**

**No. 71–1598.**

United States Court of Appeals,
Fifth Circuit.

Nov. 12, 1971.

A. F. Summer, Atty. Gen., G. Garland Lyell, Jr., Asst. Atty. Gen., Jackson, Miss., for respondent-appellant.

W. E. Gore, Jr., James B. Tucker, Jackson, Miss., for petitioner-appellee.

Before COLEMAN, SIMPSON, and RONEY, Circuit Judges.

ON PETITION FOR REHEARING OF
446 F.2d 1222, AND PETITION
FOR REHEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and the Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is also denied.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

JOHN R. BROWN, Chief Judge, and WISDOM, Circuit Judge, dissent from the denial of rehearing en banc.

SIMPSON, Circuit Judge, dissents from the denial of rehearing and denial of rehearing en banc for the reasons outlined in his dissent from the panel decision.